Juan Gonzales, Respondent, v. Harris Calorific Co., Inc., Appellant.

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.

Shelly Grant, as Administrator of the Estate of Eartha Grant, Deceased, Respondent, v. New York City Transit Authority, Appellant.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

Reuben E. Gross, Appellant, v. State Cooperage Export Crating and Shipping Company et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.